IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAHESWAR MIKKILINENI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-1391-CFC/SRF |
| | ) | |
| PAYPAL, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

At Wilmington this 21st day of February, 2020, for the reasons set forth in the Memorandum issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (D.I. 32) are OVERRULED;

2. The Report and Recommendation (D.I. 31) is ADOPTED;

3. The United States' Motion to Substitute Party is (D.I. 3) is GRANTED;

4. The United States' motions to dismiss (D.I. 4; D.I. 11) are GRANTED;

5. Defendant GoDaddy's motion to transfer or alternatively to dismiss (D.I. 8) is DENIED;

6. Plaintiff's motions to remand (D.I. 14; D.I. 20) are GRANTED IN PART AND DENIED IN PART;

7. Plaintiffs claims against the Director/Chandra X-Ray Center (CXC) for Astrophysics/Harvard & Smithsonian (CFA) are DISMISSED;

8. Plaintiff's claims against the United States of America are DISMISSED; and

9. Plaintiff's claims against PayPal, Inc.; Shijil TS/Sparksupport Infotech PVT Ltd.; and GoDaddy.com, LLC are REMANDED to the Superior Court of the State of Delaware.

_____
UNITED STATES DISTRICT JUDGE