OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| John A. Cerino<br>CLERK | 844 NORTH KING STREET, UNIT 18<br>WILMINGTON, DE 19801-3570<br>www.ded.uscourts.gov<br>(302) 573-6170 |

February 21, 2020

Prothonotary
Superior Court of Delaware
New Castle County Courthouse
500 N. King Street
Wilmington, DE 19801

      RE:    <u>Mikkilineni v. PayPal, Inc., et al.,</u>
               C.A. No. 19-1391-CFC-SRF

Dear Clerk:

      Pursuant to the Memorandum and Order of Remand dated February 21, 2020 signed by the Honorable Colm F. Connolly, remanding the above captioned case to your Court, enclosed please find the following items:

    (X)    Certified copy of the Order of Remand
    (X)    Certified copy of the USDC Docket Sheet

      Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at <u>www.ded.uscourts.gov.</u>

      Please acknowledge receipt of the above items on the attached copy of this letter.

                              Sincerely,

                              John A. Cerino, Clerk of Court

                      By    <u>/s/Nicole Fasano</u>
                              Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on _____.**

_____
**Signature**