IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Maheswar Mikkilineni,
  Plaintiff
v.         CA No. 19-1391 CFC

PayPal, Inc.; Shijil TS et.al;
Godaddy.com LLC; Director CXC.
  Defendants.

**Plaintiff's Motion Re-Consider Court-Order of Feb. 21, 2020: My Reply of Feb. 24, 2020 to US attorney's Response to Magistrate's R&R is a Part**

Dear Honorable Judge:

The court-order of Feb. 21, 2020, received to me on Feb. 28, 2020 (I have no clue, why late?). I hope this pleading in continuation of my pleading filed on Feb. 24, 2020 is timely. I, respectfully, request you to consider the 2-pleadings, together, as a Motion to reconsider your Order of Feb. 21, 2020.

I am grateful for your educating me on 'oral-hearing & due process'—to a non-lawyer *pro se*, and I was not aware of those rulings.

However, some of 'those rulings' are not directly applicable nor relevant to the 'facts or law' in in my case—please see below:

In my case, the Key-fact is in dispute:
Who is the proper-party to sue on a claim against an independent-contractor to NASA? And/Or

Whether 'Director of CXC' is also the same single/lone 'Director of CfA (HCO-SAO), an employee of Harvard, or the 'program office director at CXC', an employee of Smithsonian?

See the 'Facts & Law' stated in my pleading of Feb. 24, 2020—these Facts are in dispute with US attorney's certification.

Given the above, see <u>Spark</u> 510 F.2d 1277 (DC Cir.), where that court said:

"While it is clear that due process does not include the right to oral argument on a motion, …there is a division of authority among the circuits on the issue of whether a motion for summary judgment may ever be granted without affording a hearing to the adverse party."

That relates to 'motions for summary judgments', not to 'motions for discovery', involving an 'independent-contractor to State': See <u>Spark</u> where DC Cir. said:

"A more fundamental point.. is that receipt of money from the State is not, without a good deal more, enough to make the recipient an agency or instrumentality of the Government. Otherwise, all kinds of contractors and enterprises, increasingly dependent upon government business for much larger proportions of income than those here in question, would find themselves charged with 'state action' in the performance of all kinds of functions we still consider and treat as essentially 'private' for all presently relevant purposes." See <u>Simkins,</u> supra, 323 F.2d 959 at 967 (4th Cir.), cert. denied, 376 U.S. 938, 84 S.Ct. 793 (1964).

And, in <u>Anchorage Associates</u> 922 F.2d 168 (3rd Cir.) ruling involves adequacy of the notice and opportunity to be heard (1) a hearing and (2) consideration of the Poulis factors:

"The Absence of a Hearing or Consideration of the Poulis actors— whether the attorney's conduct was willful or in bad faith."

In my case, this court 'denied a hearing/discovery on willful/bad faith acts of lawyers at Harvard & US attorney'.

In <u>Greene</u> 136 F.3d 313 (2nd Cir.) said:

"Every circuit to consider the issue has determined that the "hearing" requirements of Rule 12 and Rule 56 do not mean that an oral hearing is necessary, but only require that a party be given the opportunity to present its views to the court… The Supreme Court has held that the right of oral argument as a matter of procedural due process varies from case to case in accordance with differing circumstances, as do other procedural regulations."

-3-

In my case, USSC ruling "the right of oral argument as a matter of procedural due process varies" is relevant, because the facts clearly dispute/challenge the scope certification of US attorney: so, a 'hearing on a motion to remand' (see Exb.MR, my pleading 2/24/20) should have been held and discovery allowed before a trial under 42 USC @233(c). Also, see this court order of Sept. 30, 2019: "Judge Fallen shall conduct all proceedings and hear and determine all motions."

Contrary to that clear principle of the 'Rule of Law', in my case, the magistrate judge disregarded the law under 42 USC @233(c).

Whereas, in <u>Dredge Corp</u>. 338 F.2d 456 (9th Cir.) said:

"The facts.. are not in dispute. The district court.., ordered the United States Attorney to file transcripts of the testimony taken in the two agency hearings.. The transcripts of testimony were filed as directed.. after these transcripts were filed, the district court, holding that the findings of the administrative agency were supported by substantial evidence, entered an order in each case granting defendants' motions for summary judgment.."

"Rules 56(c), 78 and 83, read together, authorize district courts to provide by rule that a party desiring oral argument on a motion for summary judgment must apply therefor, in the absence of which oral argument will be deemed to have been waived.., however, there can be no issue of fact in the district court concerning the sufficiency of the evidence taken in an administrative proceeding to support administrative findings. And neither party raised any other issue in the pleadings which would have required or permitted the reception of evidence in the district court."

In my case, the facts are in dispute, and there is no transcript of testimony nor an evidentiary-hearing/discovery before a trial under 42 USC @233(c) or other relevant statutes.

And, magistrate judge enters R & R (i) with no finding of facts on disputed-facts, (ii) denied discovery despite alleged willful/bad faith acts by the lawyers at Harvard & US attorney, and (iii) disregarded relevant-statutes.

-4-

Therefore, for the reasons cited above, I request the court to re-consider the Order of Feb. 21, 2020 and order discovery, if the court sees merit* under the law.
*Truth/Justice (in *Sanskrit*, the root of English, it is *Nyam/Dharma*)—or no civilization.
See Exb.V

Respectfully,
Sd-
M.R.Mikkilineni
Plaintiff          Date 03/02/2020          Exb.V  7 Pages

Certificate of Service:

I, Maheswar Mikkilineni, certify that a true and correct copy of this pleading sent on 03/02/2020 by email to:
Derick.Dailey@usdoj.gov; kswift@trplaw.com; gfischer@cozen.com; Civil.Communications@usdoj.gov; amy.goodman@delaware.gov
Filed a hard-copy with the Clerk of Superior-Court of Delaware.
Sd-
M.R.Mikkilineni

Maheswar Mikki

**Subject:** Reverse orbit of electron?

# Exb. V

**From:** Maheswar Mikki [mailto:stmmrv@verizon.net]
**Sent:** Saturday, February 29, 2020 11:16 AM
**To:** anthony.fauci@nih.gov; cliff.lane@nih.gov; OARinfo@nih.gov; NIAIDNews@niaid.nih.gov; pjarillo@mit.edu; gedik@mit.edu; bahadursingh24@gmail.com
**Cc:** 771276998@qq.com; fengzj@chinacdc.cn; gmleung@hku.hk; bcowling@hku.hk; 49205957@qq.com; nejmcust@mms.org; engagement@ostp.eop.gov; paul.hertz@nasa.gov; NationalScienceBrd@nsf.gov; fcordova@nsf.gov; italiano@vaticannews.va; dujarric@un.org; info@obama.org; info@cartercenter.org; calcock@cfa.harvard.edu; jeff@amazon.com; billg@microsoft.com; lars.heikensten@nobel.se; cjones@cfa.harvard.edu; j.d.ilee@leeds.ac.uk; nature@nature.com; jaa@ias.ac.in; science_editors@aaas.org; ethan.vishniac@aas.org; sarah.sadavoy@cfa.harvard.edu; science.policy@royalsociety.org; Panch@asu.edu; pnas@nas.edu; prd@ridge.aps.org; aanda.paris@obspm.fr; nancy.porto@fox.com; 60m@cbsnews.com; 'Editorial' <oped@washpost.com>; overbye@nytimes.com; joel.achenbach@washpost.com; Sarah.Kaplan@washpost.com; opinion@thehill.com
**Subject:** Reverse orbit of electron?
02/27/2020

Hi, To All of You:
Please read 1st article **II**, below:
The key point there seem to be this (to my understanding…)—"We show that shining mid-infrared circularly polarized light on $1T-TiSe_2$ while cooling it below the critical temperature leads to the preferential formation of one chiral domain."

We know without 'radiation or light' from Sun, we can't see or sense anything—in other words, you or I wouldn't (exist or ) be able to write this message nor read.
So, no wonder (ancient) *Aryans* worship Sun-god (until Pharisee/Jew took-over) !

Now, what if Sun has a companion-Star, and Sun-Star are moving closer (my discovery in 2006 which Jew / disciples didn't want to touch)—then, what?
The 'atoms' in space go crazy with 'radiation or light' coming from 2-directions, like in this article—
Hence, at some stage when the "cooling (gets to be) below the critical temperature leads…" the 'atoms' go crazy or spin wild… Agree?
That's precisely what is happening in Reality with Sun-Star moving closer…as we speak !

Mind, live 'atoms' in space are nothing, but DNA that creates RNA at "critical temperature"—so, we find 'Virus' being created with 'mind, mouth & stomach..', just like us:
Here, we attack (innocent) helpless animals, kill & eat; likewise the hungry 'Virus' attacks us for food—we die, agree?
It is a war !
Then, read article I.

Wait, another 50 Yrs. or more, and see what-else happens?
This is all due to Climate-Change by Nature (The Creator), not by $CO_2$ alone…

Thanks, please circulate this Message, if you can !
Maheswar

# I. COVID-19 a Reminder of the Challenge of Emerging Infectious Diseases
February 28, 2020



This transmission electron microscope image shows SARS-CoV-2—also known as 2019-nCoV, the virus that causes COVID-19—isolated from a patient in the U.S. Virus particles are shown emerging from the surface of cells cultured in the lab. The spikes on the outer edge of the virus particles give coronaviruses their name, crown-like.
*Credit: NIAID-RML*

The emergence and rapid increase in cases of coronavirus disease 2019 (COVID-19), a respiratory illness caused by a novel coronavirus, pose complex challenges to the global public health, research and medical communities, write federal scientists from NIH's National Institute of Allergy and Infectious Diseases (NIAID) and from the Centers for Disease Control and Prevention (CDC). Their commentary appears in *The New England Journal of Medicine*.

NIAID Director Anthony S. Fauci, M.D., NIAID Deputy Director for Clinical Research and Special Projects H. Clifford Lane, M.D., and CDC Director Robert R. Redfield, M.D., shared their observations in the context of a recently published report on the early transmission dynamics of COVID-19. The report provided detailed clinical and epidemiological information about the first 425 cases to arise in Wuhan, Hubei Province, China.

In response to the outbreak, the United States and other countries instituted temporary travel restrictions, which may have slowed the spread of COVID-19 somewhat, the authors note. However, given the apparent efficiency of virus transmission, everyone should be prepared for COVID-19 to gain a foothold throughout the world, including in the United States, they add. If the disease begins to spread in U.S. communities, containment may no longer be a realistic goal and response efforts likely will need to transition to various mitigation strategies, which could include isolating ill people at home, closing schools and encouraging telework, the officials write.

Drs. Fauci, Lane and Redfield point to the many research efforts now underway to address COVID-19. These include numerous vaccine candidates proceeding toward early-stage clinical trials as well as clinical trials

already underway to test candidate therapeutics, including an NIAID-sponsored trial of the experimental antiviral drug remdesivir that began enrolling participants on February 21, 2020.

"The COVID-19 outbreak is a stark reminder of the ongoing challenge of emerging and re-emerging infectious pathogens and the need for constant surveillance, prompt diagnosis and robust research to understand the basic biology of new organisms and our susceptibilities to them, as well as to develop effective countermeasures," the authors conclude.

**ARTICLES:**
AS Fauci *et al*. COVID-19: Navigating the uncharted. *The New England Journal of Medicine*. DOI: 10.1056/NEJMp2002387 (2020).

Q Li *et al*. Early transmission dynamics in Wuhan, China, of novel coronavirus-infected pneumonia. *The New England Journal of Medicine*. DOI: 10.1056/NEJMoa2001316 (2020).

**WHO:**
NIAID Director Dr. Anthony S. Fauci is available for comment.

**Contact**
To schedule interviews, contact
Anne A. Oplinger
(301) 402-1663
NIAIDNews@niaid.nih.gov

## SARS-CoV-2 Viral Load in Upper Respiratory Specimens of Infected Patients
2 Citing Articles



**Figure 1.**
Viral Load Detected in Nasal and Throat Swabs Obtained from Patients Infected with SARS-CoV-2.

The 2019 novel coronavirus (SARS-CoV-2) epidemic, which was first reported in December 2019 in Wuhan, China, and has been declared a public health emergency of international concern by the World Health Organization, may progress to a pandemic associated with substantial morbidity and mortality. SARS-CoV-2 is genetically related to SARS-CoV, which caused a global epidemic with 8096 confirmed cases in more than 25 countries in 2002–2003.[1] The epidemic of SARS-CoV was successfully contained through public health interventions, including case detection and isolation. Transmission of SARS-CoV occurred mainly after days of

illness[2] and was associated with modest viral loads in the respiratory tract early in the illness, with viral loads peaking approximately 10 days after symptom onset.[3] We monitored SARS-CoV-2 viral loads in upper respiratory specimens obtained from 18 patients (9 men and 9 women; median age, 59 years; range, 26 to 76) in Zhuhai, Guangdong, China, including 4 patients with secondary infections (1 of whom never had symptoms) within two family clusters (Table S1 in the Supplementary Appendix. opens in new tab, available with the full text of this letter at NEJM.org). The patient who never had symptoms was a close contact of a patient with a known case and was therefore monitored. A total of 72 nasal swabs (sampled from the mid-turbinate and nasopharynx) (Figure 1A) and 72 throat swabs (Figure 1B) were analyzed, with 1 to 9 sequential samples obtained from each patient. Polyester flock swabs were used for all the patients.

From January 7 through January 26, 2020, a total of 14 patients who had recently returned from Wuhan and had fever (≥37.3°C) received a diagnosis of Covid-19 (the illness caused by SARS-CoV-2) by means of reverse-transcriptase–polymerase-chain-reaction assay with primers and probes targeting the N and Orf1b genes of SARS-CoV-2; the assay was developed by the Chinese Center for Disease Control and Prevention. Samples were tested at the Guangdong Provincial Center for Disease Control and Prevention. Thirteen of 14 patients with imported cases had evidence of pneumonia on computed tomography (CT). None of them had visited the Huanan Seafood Wholesale Market in Wuhan within 14 days before symptom onset. Patients E, I, and P required admission to intensive care units, whereas the others had mild-to-moderate illness. Secondary infections were detected in close contacts of Patients E, I, and P. Patient E worked in Wuhan and visited his wife (Patient L), mother (Patient D), and a friend (Patient Z) in Zhuhai on January 17. Symptoms developed in Patients L and D on January 20 and January 22, respectively, with viral RNA detected in their nasal and throat swabs soon after symptom onset. Patient Z reported no clinical symptoms, but his nasal swabs (cycle threshold [Ct] values, 22 to 28) and throat swabs (Ct values, 30 to 32) tested positive on days 7, 10, and 11 after contact. A CT scan of Patient Z that was obtained on February 6 was unremarkable. Patients I and P lived in Wuhan and visited their daughter (Patient H) in Zhuhai on January 11 when their symptoms first developed. Fever developed in Patient H on January 17, with viral RNA detected in nasal and throat swabs on day 1 after symptom onset.

We analyzed the viral load in nasal and throat swabs obtained from the 17 symptomatic patients in relation to day of onset of any symptoms (Figure 1C). Higher viral loads (inversely related to Ct value) were detected soon after symptom onset, with higher viral loads detected in the nose than in the throat. Our analysis suggests that the viral nucleic acid shedding pattern of patients infected with SARS-CoV-2 resembles that of patients with influenza[4] and appears different from that seen in patients infected with SARS-CoV.[3] The viral load that was detected in the asymptomatic patient was similar to that in the symptomatic patients, which suggests the transmission potential of asymptomatic or minimally symptomatic patients. These findings are in concordance with reports that transmission may occur early in the course of infection[5] and suggest that case detection and isolation may require strategies different from those required for the control of SARS-CoV. How SARS-CoV-2 viral load correlates with culturable virus needs to be determined. Identification of patients with few or no symptoms and with modest levels of detectable viral RNA in the oropharynx for at least 5 days suggests that we need better data to determine transmission dynamics and inform our screening practices

**ORIGINAL ARTICLEFREE PREVIEW**
# Early Transmission Dynamics in Wuhan, China, of Novel Coronavirus–Infected Pneumonia
Qun Li, M.Med., et.al.
Abstract
BACKGROUND
The initial cases of novel coronavirus (2019-nCoV)–infected pneumonia (NCIP) occurred in Wuhan, Hubei Province, China, in December 2019 and January 2020. We analyzed data on the first 425 confirmed cases in Wuhan to determine the epidemiologic characteristics of NCIP.
METHODS
We collected information on demographic characteristics, exposure history, and illness timelines of laboratory-confirmed cases of NCIP that had been reported by January 22, 2020. We described characteristics of the cases

and estimated the key epidemiologic time-delay distributions. In the early period of exponential growth, we estimated the epidemic doubling time and the basic reproductive number.

RESULTS

Among the first 425 patients with confirmed NCIP, the median age was 59 years and 56% were male. The majority of cases (55%) with onset before January 1, 2020, were linked to the Huanan Seafood Wholesale Market, as compared with 8.6% of the subsequent cases. The mean incubation period was 5.2 days (95% confidence interval [CI], 4.1 to 7.0), with the 95th percentile of the distribution at 12.5 days. In its early stages, the epidemic doubled in size every 7.4 days. With a mean serial interval of 7.5 days (95% CI, 5.3 to 19), the basic reproductive number was estimated to be 2.2 (95% CI, 1.4 to 3.9).

CONCLUSIONS

On the basis of this information, there is evidence that human-to-human transmission has occurred among close contacts since the middle of December 2019. Considerable efforts to reduce transmission will be required to control outbreaks if similar dynamics apply elsewhere. Measures to prevent or reduce transmission should be implemented in populations at risk. (Funded by the Ministry of Science and Technology of China and others.)

------------------

II. Article
Published: 26 February 2020

## Spontaneous gyrotropic electronic order in a transition-metal dichalcogenide

Su-Yang Xu, Qiong Ma, Yang Gao, Anshul Kogar, Alfred Zong, Andrés M. Mier Valdivia, Thao H. Dinh, Shin-Ming Huang, Bahadur Singh, Chuang-Han Hsu,
Tay-Rong Chang, Jacob P. C. Ruff, Kenji Watanabe, Takashi Taniguchi, Hsin Lin, Goran Karapetrov, Di Xiao, Pablo Jarillo-Herrero & Nuh Gedik
*Nature* volume 578, pages545–549(2020)
Metrics details

**Abstract**

Chirality is ubiquitous in nature, and populations of opposite chiralities are surprisingly asymmetric at fundamental levels[1,2].
Examples range from parity violation in the subatomic weak force to homo-chirality in biomolecules.
The ability to achieve chirality-selective synthesis (chiral induction) is of great importance in stereochemistry, molecular biology and pharmacology[2].
In condensed matter physics, a crystalline electronic system is geometrically chiral when it lacks mirror planes, space-inversion centres or roto-inversion axes[1].
Typically, geometrical chirality is predefined by the chiral lattice structure of a material, which is fixed on formation of the crystal.
By contrast, in materials with gyro-tropic order[3,4,5,6], electrons spontaneously organize themselves to exhibit macroscopic chirality in an originally achiral lattice.
Although such order—which has been proposed as the quantum analogue of cholesteric liquid crystals—has attracted considerable interest[3,4,5,6,7,8,9,10,11,12,13,14,15], no clear observation or manipulation of gyro-tropic order has been achieved so far.
Here we report the realization of optical chiral induction and the observation of a gyro-tropically ordered phase in the transition-metal di-chalcogenide semimetal $1T\text{-}TiSe_2$.
We show that shining mid-infrared circularly polarized light on $1T\text{-}TiSe_2$ while cooling it below the critical temperature leads to the preferential formation of one chiral domain.
The chirality of this state is confirmed by the measurement of an out-of-plane circular photo-galvanic current, the direction of which depends on the optical induction.
Although the role of domain walls requires further investigation with local probes, the methodology demonstrated here can be applied to realize and control chiral electronic phases in other quantum materials[4,16].

5



Beams of circularly polarized light (shown as blue spirals) can have two different mirror-image orientations, as shown here. When these beams strike a sheet of titanium diselenide (shown as a lattice of blue and silver balls), the electrons (aqua dots) in the material take on the handedness of the light's polarization.

## Using light to put a twist on electrons
Method with polarized light can create and measure nonsymmetrical states in a layered material
*Date:* February 26, 2020

*Source:* Massachusetts Institute of Technology
*Summary:* Method with polarized light can create and measure nonsymmetrical states in a layered material.

Some molecules, including most of the ones in living organisms, have shapes that can exist in two different mirror-image versions. The right- and left-handed versions can sometimes have different properties, such that only one of them carries out the molecule's functions. Now, a team of physicists has found that a similarly asymmetrical pattern can be induced and measured at will in certain exotic materials, using a special kind of light beam to stimulate the material.

In this case, the phenomenon of "handedness," known as chirality, occurs not in the structure of the molecules themselves, but in a kind of patterning in the density of electrons within the material. The researchers found that this asymmetric patterning can be induced by shining a circularly polarized mid-infrared light at an unusual material, a form of transition-metal dichalcogenide semimetal called TiSe2, or titanium diselenide.

The new findings, which could open up new areas of research in the optical control of quantum materials, are described today in the journal *Nature* in a paper by MIT postdocs Suyang Xu and Qiong Ma, professors Nuh Gedik and Pablo Jarillo-Herrero, and 15 colleagues at MIT and other universities in the U.S., China, Taiwan, Japan, and Singapore.

The team found that while titanium diselenide at room temperature has no chirality to it, as its temperature decreases it reaches a critical point where the balance of right-handed and left-handed electronic configurations gets thrown off and one type begins to dominate. They found that this effect could be controlled and enhanced by shining circularly polarized mid-infrared light at the material, and that the handedness of the light (whether the polarization rotates clockwise or counterclockwise) determines the chirality of the resulting patterning of electron distribution.

"It's an unconventional material, one that we don't fully understand," says Jarillo-Herrero. The material naturally structures itself into "loosely stacked two-dimensional layers on top of each other," sort of like a sheaf of papers, he says.

Within those layers, the distribution of electrons forms a "charge density wave function," a set of ripple-like stripes of alternating regions where the electrons are more densely or less densely packed. These stripes can then form helical patterns, like the structure of a DNA molecule or a spiral staircase, which twist either to the right or to the left.

Ordinarily, the material would contain equal amounts of the right- and left-handed versions of these charge density waves, and the effects of handedness would cancel out in most measurements. But under the influence of the polarized light, Ma says, "we found that we can make the material mostly prefer one of these chiralities. And then we can probe its chirality using another light beam." It's similar to the way a magnetic field can induce a magnetic orientation in a metal where ordinarily its molecules are randomly oriented and thus have no net magnetic effect.

But inducing such an effect in the chirality with light within a solid material is something "nobody ever did before," Gedik explains.

After inducing the particular directionality using the circularly polarized light, "we can detect what kind of chirality there is in the material from the direction of the optically generated electric current," Xu adds. Then, that direction can be switched to the other orientation if an oppositely polarized light source shines on the material.

Gedik says that although some previous experiments had suggested that such chiral phases were possible in this material, "there were conflicting experiments," so it had been unclear until now whether the effect was real. Though it's too early in this work to predict what practical applications such a system might have, the ability to control electronic behavior of a material with just a light beam, he says, could have significant potential.

While this study was carried out with one specific material, the researchers say the same principles may work with other materials as well. The material they used, titanium diselenide, is widely studied for potential uses in quantum devices, and further research on it may also offer insights into the behavior of superconducting materials.

Gedik says that this way of inducing changes in the electronic state of the material is a new tool that could potentially be applied more broadly. "This interaction with light is a phenomenon which will be very useful in other materials as well, not just chiral material, but I suspect in affecting other kinds of orders as well," he says.

And, while chirality is well-known and widespread in biological molecules and in some magnetic phenomena, "this is the first time we've shown that this is happening in the electronic properties of a solid," Jarillo-Herrero says.

**Story Source:**

Materials provided by **Massachusetts Institute of Technology**. Original written by David Chandler. *Note: Content may be edited for style and length.*

**Journal Reference**:

1. Su-Yang Xu, Qiong Ma, Yang Gao, Anshul Kogar, Alfred Zong, Andrés M. Mier Valdivia, Thao H. Dinh, Shin-Ming Huang, Bahadur Singh, Chuang-Han Hsu, Tay-Rong Chang, Jacob P. C. Ruff, Kenji Watanabe, Takashi Taniguchi, Hsin Lin, Goran Karapetrov, Di Xiao, Pablo Jarillo-Herrero, Nuh Gedik. **Spontaneous gyrotropic electronic order in a transition-metal dichalcogenide**. *Nature*, 2020; 578 (7796): 545 DOI: 10.1038/s41586-020-2011-8