IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAHESWAR MIKKILINENI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 19-1391-CFC/SRF |
| PAYPAL, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Whereas Plaintiff has filed a motion for reconsideration of the Court's February 21, 2020 Order that adopted the Magistrate Judge's Report and Recommendation (D.I. 38); and

Whereas Plaintiff has failed to articulate in his motion any reason that warrants reconsideration of the Court's February 21, 2020 Order;

NOW THEREFORE, at Wilmington on this Fourth day of March in 2021, Plaintiff's motion for reconsideration is DENIED.

United States District Judge